# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2020

SEAN F. McAVOY, CLERK

MARK PETERSON, an individual,

*Plaintiff*

v.

CITY OF YAKIMA, a local government entity; TONY O'ROURKE, an individual human; MARK SOPTICH, an individual human; and ANTHONY DOAN, an individual human,

*Defendant*

Civil Action No. 1:18-CV-3136-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendants' Motion for Summary Judgment, ECF No. 17, is GRANTED IN PART and DENIED IN PART. Plaintiff's Motion for Partial Summary Judgment, ECF No. 22, is DENIED.
Judgment is entered in favor of Defendants on Plaintiff's Fourth Amendment Malicious Prosecution and Retaliation claims and Fourteenth Amendment claim. The remainder of Plaintiff's claims are preserved for trial.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motions for summary judgment.

Date: January 23, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Angela Noel
*(By) Deputy Clerk*

Angela Noel