HONORABLE THOMAS O. RICE

ROBERT L. CHRISTIE, WSBA #10895
CHRISTIE LAW GROUP, PLLC
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Telephone: (206) 957-9669

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK PETERSON, an individual,<br><br>                           Plaintiff,<br><br>    v.<br><br>CITY OF YAKIMA, a local governmental Entity; TONY O'ROURKE, an individual human; MARK SOPTICH, an individual human; and ANTHONY DOAN, an individual human,<br><br>                           Defendants. | NO. 1:18-CV-03136-TOR<br><br>JOINT PROPOSED NEUTRAL STATEMENT OF THE CASE |

The parties jointly propose the following neutral statement of the case:

/ / /

/ / /

JOINT PROPOSED NEUTRAL
STATEMENT OF THE CASE
(1:18-CV-03136) - 1

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1  This is a civil case arising from a fire code inspection of H&H Furniture and
2  the City's subsequent criminal prosecution of Mark Peterson, who is the owner of
3  H&H Furniture.  Mr. Peterson asserts that defendant Tony O'Rourke, who was then
4  the City Manager, directed the fire inspection of H&H Furniture and the subsequent
5  prosecution of Mark Peterson in retaliation for Mr. Peterson's free speech.  Mr.
6  Peterson also asserts that defendants Mark Soptich, the Deputy Fire Chief at the
7  time, defendant Tony Doan, the Fire Inspector and Mr. O'Rourke maliciously
8  prosecuted him and engaged in civil conspiracy.  Mr. Peterson alleges that, as a result
9  of this retaliation and/or malicious prosecution, he suffered economic and emotional
10 damages. Defendants City of Yakima, Mr. O'Rourke, Mr. Soptich, and Mr. Doan
11 deny Mr. Peterson's claims.  They assert that the fire inspection was part of the City's
12 standard fire inspection program, and that Mr. Peterson was prosecuted because he
13 refused to allow the City to conduct a follow-up inspection.

/ / /

/ / /

/ / /

JOINT PROPOSED NEUTRAL
STATEMENT OF THE CASE
(1:18-CV-03136) - 2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1  DATED this 29th day of August, 2022.

2                          CHRISTIE LAW GROUP, PLLC

3

4            By     /s/ Robert L. Christie
            ROBERT L. CHRISTIE, WSBA #10895

5              Attorney for Defendants City of
              Yakima, Tony O'Rourke, Mark

6                Soptich, and Anthony Doan
            2100 Westlake Avenue N., Suite 206

7              Seattle, WA 98109

8              Telephone: (206) 957-9669
            Fax: (206) 352-7875

9              Email: bob@christielawgroup.com

10

11

12            By     /s/ Casey M. Bruner
            Matthew Z. Crotty, WSBA #39284

13              CROTTY & SON LAW FIRM, PLLC
            905 W. Riverside Ave., Suite 404

14              Spokane, WA 99201

15              Email: matt@crottyandson.com
            Attorney for Plaintiff

16

17              Matthew A. Mensik, WSBA #44260
            Casey M. Bruner, WSBA # 50168

18              WITHERSPOON KELLEY
            422 W. Riverside Avenue, Suite 1100

19              Spokane, WA 99201-0300
            Email: cmb@witherspoonkelley.com

20              mam@witherspoonkelley.com
            Attorneys for Plaintiff

21

JOINT PROPOSED NEUTRAL
STATEMENT OF THE CASE
(1:18-CV-03136) - 3

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

# CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Z. Crotty, WSBA #39284
CROTTY & SON LAW FIRM, PLLC
905 W. Riverside Ave., Suite 404
Spokane, WA  99201
Email: matt@crottyandson.com
Attorney for Plaintiff

Matthew A. Mensik, WSBA #44260
Casey M. Bruner, WSBA # 50168
WITHERSPOON KELLEY
422 W. Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Email: cmb@witherspoonkelley.com
mam@witherspoonkelley.com
Attorneys for Plaintiff

CHRISTIE LAW GROUP, PLLC

By    */s/ Robert L. Christie*
ROBERT L. CHRISTIE, WSBA # 10895
Attorney for Defendants City of Yakima, Tony O'Rourke, Mark Soptich, and Anthony Doan
2100 Westlake Avenue N., Suite 206
Seattle, WA  98109
Telephone:  (206) 957-9669
Fax:  (206) 352-7875
Email: bob@christielawgroup.com