UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK PETERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF YAKIMA, TONY O'ROURKE, MARK SOPTICH, and ANTHONY DOAN,<br><br>    Defendants. | NO: 1:18-CV-3136-TOR<br><br>ORDER GRANTING DEFENDANTS' MOTION TO RE-TAX COSTS |

BEFORE THE COURT is Defendants' Motion for Reconsideration on Bill of Costs. ECF No. 232. This matter was submitted for consideration without oral argument. Plaintiff has not timely responded to the motion. The Court has reviewed the briefing and the record and files herein and is fully informed.

DISCUSSION

Defendants seek reconsideration of the Clerk's taxation of costs to include the $1,553.50 for the original transcript of Mark Peterson's deposition. The Clerk of Court declined to tax these costs because the invoice submitted did not specify

ORDER GRANTING DEFENDANTS' MOTION TO RE-TAX COSTS ~ 1

that this fee was for the original transcript.  ECF No. 231.  Defendants now seek review of the Clerk's decision.

Taxable costs include "[f]ees for printed or electronically recorded transcripts necessarily obtained for use in the case".  28 U.S.C. § 1920(2).  Based on the record before the Court, Defendants' request for taxation of the transcript fee of $1,553.50 for Mark Peterson's deposition is granted.

**IT IS HEREBY ORDERED:**

1. Defendants' Motion for Reconsideration on Bill of Costs, ECF No. 232, is **GRANTED**.

2. The Clerk's bill of costs granting $928.50 (ECF No. 231), added to the transcription fee of $1,553.50 totals $2,482.00.  Thus, costs are awarded to Defendants in the amount of $2,482.00, payable by Plaintiff Mark Peterson.

The District Court Executive is hereby directed to enter this Order and Judgment accordingly and provide copies to counsel.  The file remains **CLOSED**.

DATED October 25, 2022.



THOMAS O. RICE
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION TO RE-TAX COSTS ~ 2